UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:24-cv-00982-WLH-ADS                    Date 1/15/2025

Title: Abercrombie & Fitch Trading, Co. v. Beauty Encounter, Inc. et al

Present: The Honorable WESLEY L. HSU

| Holidae Crawford | NONE |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

NONE                                        NONE

Proceedings:   ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  Case is being closed because Defendant, Nandansons International, Inc. was dismissed.

☐ Entered _____.

Initials of Preparer    HC